1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNIE SENTEZ SMITH,<br><br>　　　　Plaintiff,<br><br>　vs.<br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 2:14-cv-00537-AC<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

　　　IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended for 30 days until September 24, 2014.  This is Defendant's first request for an extension of time to respond to Plaintiff's motion.  Defense counsel needs the additional time to further review the file and prepare a response in this matter due to a heavy workload, despite due diligence.

///

1     The parties further stipulate that the remaining dates in the Court's Scheduling Order
2 shall be modified accordingly.
3     Defense counsel apologizes to the Court for any inconvenience caused by this delay.

                                              Respectfully submitted,

Dated: August 25, 2014               */s/ Shellie Lott\**
                                            (\*as authorized via email on 8/22/14)
                                            SHELLIE LOTT
                                            Attorney for Plaintiff

Dated: August 25, 2014               BENJAMIN B. WAGNER
                                            United States Attorney
                                            DONNA L. CALVERT
                                            Regional Chief Counsel, Region IX
                                            Social Security Administration

                           By:    /s/ *Lynn M. Harada*
                                            LYNN M. HARADA
                                            Special Assistant U.S. Attorney

                                            Attorneys for Defendant


                                        <u>ORDER:</u>

APPROVED AND SO ORDERED:

Dated: September 8, 2014

                                          ALLISON CLAIRE
                                          UNITED STATES MAGISTRATE JUDGE