UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNIE SENTEZ SMITH,<br><br>  Plaintiff,<br><br>  vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | Case No.: 2:14-cv-00537-AC<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended for 30 days until October 24, 2014.  This is Defendant's second request for an extension of time to respond to Plaintiff's motion.  Defense counsel needs the additional time to further review the file and prepare a response in this matter due to a heavy workload, despite due diligence.

////

////

The parties further stipulate that the remaining dates in the Court's Scheduling Order shall be modified accordingly.

Defense counsel apologizes to the Court for any inconvenience caused by this delay.

                                  Respectfully submitted,

Dated:  September 24, 2014        */s/ Lynn M. Harada for Shellie Lott*\_\_\_
                                  (*as authorized via email on 9/23/14)
                                  SHELLIE LOTT
                                  Attorney for Plaintiff

Dated:  September 24, 2014        BENJAMIN B. WAGNER
                                  United States Attorney
                                  DONNA L. CALVERT
                                  Regional Chief Counsel, Region IX
                                  Social Security Administration

                         By:    /s/  Lynn M. Harada
                                  LYNN M. HARADA
                                  Special Assistant U.S. Attorney

                                  Attorneys for Defendant

                                  <u>ORDER:</u>

APPROVED AND SO ORDERED:

Dated: October 7, 2014

                                  *[signature]*
                                  ALLISON CLAIRE
                                  UNITED STATES MAGISTRATE JUDGE