UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNIE SENTEZ SMITH,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | No. 2:14-cv-0537 AC<br><br><br><br>ORDER |

Defendant moves, pursuant to Fed. R. Civ. P. 59(e), to alter or amend this court's order and judgment (ECF Nos. 23 & 24), dated March 25, 2015.  ECF No. 25.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall file an opposition, or a statement of non-opposition, no later than May 22, 2015, at 4:30 p.m.; and

2. Defendant shall file its reply, if any, no later than June 5, 2015 at 4:30 p.m.

DATED: April 23, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1