SHELLIE LOTT, SBN:  246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JOHNNIE SENTEZ SMITH,<br><br>          Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>          Defendant. | No.  2:14-CV-00537-AC<br><br>**[proposed] ORDER EXTENDING PLAINTIFF'S TIME TO FILE AN OPPOSITION TO DEFENDANT'S MEMORANDUM TO ALTER OR AMEND JUDGMENT PURSUANT TO FED. R. CIV. P. 59(e)** |

Pursuant to the stipulation of the parties showing good cause for a requested extension of Plaintiff's time to file An Opposition to Defendant's Memorandum To Alter or Amend Judgment Pursuant To Fed. R. Civ. P. 59(e), the request is hereby APPROVED.

Plaintiff shall file his Opposition on or before June 22, 2015.

SO ORDERED.

DATED: May 4, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1